SEALED

FILED

SEP 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

1 | BENJAMIN B. WAGNER
Acting United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5

6

7

8

9     IN THE UNITED STATES DISTRICT COURT FOR THE

10     EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,   )   CASE NO. 1:11 CR 00300 AWI ...
                )
13 |       Plaintiff,   )   EX PARTE MOTION TO SEAL
                )   INDICTMENT PURSUANT
14 |     v.   )   TO RULE 6(e), FEDERAL
                )   FEDERAL RULES OF
15 | ANDRE JOHNSON,   )   CRIMINAL PROCEDURE
                )
16 |       Defendant   )
                )
17 | _____ )

18

19     The government moves the Court, pursuant to Rule 6(e) of the

20 Federal Rules of Criminal Procedure, to order and direct that the

21 Indictment returned by the Grand Jury on September 15, 2011,

22 charging the above defendant with a violation of Title 21, United

23 States Code, Sections 841(a)(1), 841(b)(1)(B)-Distribution of

24 Cocaine Base, charges be kept secret until the defendant named in

25 the Indictment is either in custody or has been given bail on

26 these offenses; and further order that until such time as the

27 defendant is in custody or has been given bail, that no person

28 shall disclose the finding of the Indictment or any warrant issued

1  pursuant thereto, except when necessary for the issuance and

2  execution of the warrant.

3  DATED: September 15, 2011            Respectfully submitted,

4                                       BENJAMIN B. WAGNER
                                        Acting United States Attorney
5                                       By
6                                          ELANA S. LANDAU
                                        Assistant U.S. Attorney
7

8  IT IS SO ORDERED this   5   day of September, 2011

9

10                                      U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2