1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-300
                                     )
12                  Plaintiff,       )
                                     )   ORDER TO **UNSEAL** INDICTMENT
13        v.                         )
                                     )
14                                   )
    ANDRE JOHNSON,                   )
15                                   )
                    Defendant.       )
16                                   )
                                     )
17  ─────────────────────────────────)

18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.
22
23  Date: NOV 18 , 2011            [signature]
                                    Honorable Jennifer L. Thurston
24                                  United States Magistrate Judge
25
26
27
28

                                     2

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case NO. 1:11-CR-300 |
| Plaintiff, ) | |
| ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. ) | |
| ANDRE JOHNSON, ) | |
| Defendant. ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney

1