1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-300 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | HEARING |
| ) | |
| ANDRE JOHNSON ) | DATE: January 30, 2012 |
| ) | TIME: 9:00 A.M. |
| Defendant. ) | JUDGE: Hon. Anthony W. Ishii |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 23, 2012, may be continued to January 30, 2012 at 9:00 A.M.  This continuance is at the request of both counsel for to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. This is only the second status hearing, and a plea offer went out on January 13, 2012.  Defense counsel has requested additional time to review the offer with Mr. Johnson.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 17, 2012  By: /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney

DATED: January 17, 2012  By: /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant Johnson

**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: January 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2