

**FILED**

AUG 02 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) |
| | ) ORDER TO REDUCE |
| v. | ) TERM OF SUPERVISED RELEASE FOR |
| | ) SUCCESSFUL COMPLETION |
| Andre Johnson, | ) OF REENTRY COURT |
| | ) (18 U.S.C. 3583(3)(1) |
| Defendant. | ) |
| | ) Docket Number: 0972 1:11CR00300-001 |

On August 4, 2015, the defendant was accepted as a participant in the Reentry Court Program. As of August 2, 2016, the defendant will successfully complete the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of March 26, 2019.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on May 7, 2012, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_8/2/16_
Date

_Jennifer L. Thurst_
The Honorable Jennifer L. Thurston
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of March 26, 2019.

_August 2, 2016_
Date

Anthony W. Ishii
Senior U.S. District Judge

cc: Defendant
    Assistant United States Attorney: Elana Landau
    Defense Counsel: Anthony Capozzi
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office